October 20, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

PAMELA  ANN GREANEY, Appellant

NO. 14-15-00557-CR                          V.

THE STATE OF TEXAS, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on May 22, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Pamela Ann Greaney.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.